Pro Se 15 2016



```
       FILED
       LODGED
       RECEIVED    MAIL

       MAR 03 2021
          AT SEATTLE
    CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BRYAN J PARENT

Plaintiff(s),

v.

ISLAND County
SUPERIOR COURT

Defendant(s).

CASE NO. 2:21-cv-00278 JCC
[to be filled in by Clerk's Office]

**COMPLAINT FOR VIOLATION OF CIVIL RIGHTS**
(for use only by plaintiffs not in custody)

Jury Trial: ☒ Yes  ☐ No

## I. THE PARTIES TO THIS COMPLAINT

A. Plaintiff(s) BRYAN PARENT

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name: BRYAN J PARENT ~~IAN G. PRICHELS-SLETTVET~~
Street Address: ~~101 6th ST NE, Coupeville~~ 950 N Oak Harbor St Apt C102
City and County: ~~Coupeville Island~~ Oak Harbor
State and Zip Code: ~~WA 98239~~ WA 98277
Telephone Number: ~~360-679-7361~~ (360) 919-4670

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 1

*Pro Se 15 2016*

B.     Defendant(s)

   *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.*

   Defendant No. 1

   Name: IAN G MICHAELS SLETHVET
   Job or Title (if known): DEPUTY PROSECUTOR
   Street Address: 101 6th ST NE
   City and County: COUPVILLE ISLAND
   State and Zip Code: WA 98239
   Telephone Number: (360) 679-7361
   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2

   Name: DEBRA VAN PELT
   Job or Title (if known): Sup Ct Clerk
   Street Address: 101 6th ST NE
   City and County: COUPEVILL ISLAND
   State and Zip Code: WA 98239
   Telephone Number: (360) 679-7361
   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 3

   Name: ALAN R HANCOCK
   Job or Title (if known): Sup Ct Judge
   Street Address: 101 6TH ST NE
   City and County: COUPEVILL ISLAND
   State and Zip Code: WA 98239
   Telephone Number: (360) 679-7361
   ☐ Individual capacity   ☐ Official capacity

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 2

*Pro Se 15 2016*

Defendant No. 4

    Name _____
    Job or Title *(if known)* _____
    Street Address _____
    City and County _____
    State and Zip Code _____
    Telephone Number _____
    ☐ Individual capacity   ☐ Official capacity

## II. PREVIOUS LAWSUITS

Have you brought any other lawsuits in any federal court in the United States:?

☐ No   ☒ Yes   If yes, how many? 2-3

Describe the lawsuit:

FALSE IMPRISONMENT  NO 17-1-00327-15
CIVIL RIGHT VIOATION

Parties to this previous lawsuit:

Plaintiff(s)
BRYAN PARENT

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 3

Pro Se 15 2016

1
2
3      Defendant(s)
4
5
6
7
8      *(If there is more than one previous lawsuit, describe the additional lawsuits on another piece of paper using the same outline. Attach additional sheets, if necessary)*
9
       Court and name of district:
10     _____N/A_____
11     Docket Number: _____
12     Assigned Judge: _____
13     Disposition: *(For example, was the case dismissed as frivolous or for failure to state a*
14     *claim? Was it appealed? Is it still pending?)*
15
16     _____
17     _____
18     Approximate filing date of lawsuit: __N/A_____
19     Approximate date of disposition: __N/A_____
20
21                   **III.    BASIS FOR JURISDICTION**
22     Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any
23     rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens*
24

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 4

*Pro Se 15 2016*

*v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☒ State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

State

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

NO

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any   statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 5

Pro Se 15 2016

1  under *Bivens*, explain how each defendant acted under color of federal law.  Attach
2  additional pages if needed.

3  _____
4  _____
5  _____
6  _____

7  **IV.   STATEMENT OF CLAIM**

8  *State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.*
9  *You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted,*
10 *number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

11
12  MY 6TH AMENDMENT RIGHT TO A FAIR
13  TRIAL WAS VIOLATED
14

15  A.  Where did the events giving rise to your claim(s) occur?
16  ISLAND County.
17

18  B.  What date and approximate time did the events giving rise to your claim(s) occur?
19  Aug 28 2018 About

20  C.  What are the facts underlying your claim(s)?  *(For example:  What happened to you?*
21  *Who did what?  Was anyone else involved?  Who else saw what happened?)*

22  THE COURT VIOLATED PROCESS IN
23  PROCEDURE UNDER THE 6TH AMD WITH A
24  NON VALID WAIVER OF RIGHTS TO PRO SE LITIGANT

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 6

Pro Se 15 2016

## V. INJURIES

*If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.*

I WILL SHOW THIS COURT EACH COURT PROCEDURE VIOLATION THAT THE SUP CT MADE DURING MR PARENT'S TRIAL WILL WILL VALIDATE THE PUNITIVE DAMAGE MONEY

## VI. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.*

ANY PAST CRIMINAL HISTORY FULLY EXONORATED GUN RIGHTS REINSTATED I WANT MY BRASS SPIT SHINED I WANT FED MONEY FOR FALSE IMPRISONMENT FOR MY TIME SINCE THE RES BURG WHICH IS 3 AND A HALF YEARS PLUS 20 MONTHS AND 10 MILL

## VII. CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

$10. MILLION FOR PUNITIVE DAMAGE

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 7

*Pro Se 15 2016*

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: FRIDAY FEB 26th 2021

Signature of Plaintiff: *Bryan Parent*

Printed Name of Plaintiff: BRYAN J PARENT

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

Date of signing:

Signature of Plaintiff:

Printed Name of Plaintiff:

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS - 8

