THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRYAN J. PARENT, | CASE NO. C21-0278-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ISLAND COUNTY SUPERIOR COURT, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff Bryan J. Parent's motion (Dkt. No. 10). Mr. Parent filed his original complaint and application to proceed *in forma pauperis* (IFP) on March 3, 2021. (Dkt. No. 1.) Magistrate Judge Michelle L. Peterson granted Mr. Parent's motion to proceed IFP and recommended the Court review Plaintiff's complaint under 28 U.S.C. § 1915(e)(2)(B) prior to the issuance of a summons. (Dkt. No. 4.) Upon review, the Court concluded Mr. Bryan's complaint failed to state a claim and gave him an opportunity to file an amended complaint addressing the identified deficiencies. (Dkt. No. 6 at 4.) Mr. Bryan filed an amended complaint on March 27, 2021. (Dkt. No. 7.) Because the amended complaint did not cure the deficiencies previously identified by the Court, the Court dismissed the amended complaint and entered judgment on April 5, 2021. (Dkt. Nos. 8, 9.) Mr. Bryan now asks the

MINUTE ORDER
C21-0278-JCC
PAGE - 1

Court to issue summonses. (Dkt. No. 10 at 2.) The Court DENIES the motion because the amended complaint has been dismissed and judgment entered. Accordingly, the Clerk is DIRECTED to terminate Docket Number 10.

DATED this 20th day of August 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
